# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**NICOLE MARIE MOLINARO,**
Appellant,

v.

**NICHOLAS MOLINARO,**
Appellee.

No. 4D20-2493

[November 17, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jessica Ticktin, Judge; L.T. Case No. 50-2018-DR-007191-XXXX-SB.

Melody Ridgley Fortunato of Fortunato & Associates, P.A., Fort Lauderdale, for appellant.

Ron Renzy of Wallberg & Renzy, P.A., Coral Springs; and Scott J. Kalish of The Law Offices of Scott J. Kalish, Boca Raton, for appellee.

PER CURIAM.

*Affirmed in part and dismissed in part. See Hurtado v. Hurtado*, 407 So. 2d 627 (Fla. 4th DCA 1981).

CIKLIN, GERBER and ARTAU, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***